ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-mail: rcaldwell@klnevada.com

Attorneys for Plaintiff
SAMUELS GREEN & STEEL, LLP

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SAMUELS GREEN & STEEL, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>LAGUNA ASSOCIATES, LLC; MICHAEL OCHOA; and RUTH E. OCHOA,<br><br>Defendants. | Case No.: 2:10-cv-01274-PMP-LRL<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER**<br>(First Request) |

**AT THE REQUEST OF THE PLAINTIFF,** service on the Defendants having been effectuated on August 11, 2010 (Doc. Nos. 5, 6 and 7), the time for the Defendants to answer the Complaint on file herein is hereby extended through September 10, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: August 31, 2010.

Respectfully submitted by:

**KOLESAR & LEATHAM, CHTD.**

_____
Robert J. Caldwell, Esq.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

Attorney for Plaintiff,
SAMUELS GREEN & STEEL, LLP

798046.doc (7888-1)